So Ordered.

Dated: August 22, 2024



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matter:

Quentin M. Mosby & Quiana S. Mosby,

Debtors.

Case No. 23-20795-kmp

Chapter 13 Bankruptcy

### ORDER DISMISSING CASE

The Office of the Chapter 13 Trustee filed Evidence of Default on August 14, 2024, indicating the Debtors have failed to make payments as required under a previous order of the court.

Based on the record,

IT IS ORDERED that this case is dismissed, effective immediately.

#####